IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:10-mi-00150-GET/AJB |
| | ) | |
| DARRELL C. HAMBY, | ) | |
| | ) | |
| Respondent. | ) | |

## RESPONDENT'S RESPONSE TO PETITION
## TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

COMES NOW Respondent DARRELL C. HAMBY ("Respondent"), by and through the undersigned Counsel, hereby files her Response and respectfully submits to this Court the following:

### FIRST AFFIRMATIVE DEFENSE

Petitioner's Petition, including each Count thereof, fails to state a claim against Respondent upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Petitioner's Petition against Respondent should be dismissed because of insufficiency of service of process in that Respondent has not been properly served with a copy of the Summons and Petition.

1

### THIRD AFFIRMATIVE DEFENSE

Respondent is not liable to Petitioner for the reason that Petitioner has unduly and unreasonably delayed in bringing his claim, and Respondent has been prejudiced by Petitioner's unreasonable delay. Respondent therefore pleads the defense of laches.

### FOURTH AFFIRMATIVE DEFENSE

Respondent is not liable to Petitioner for the reason that statute of limitations has expired on each of Respondent's claims.

### FIFTH AFFIRMATIVE DEFENSE

The Petitioner's investigation is being conducted for an illegitimate purpose.

### SIXTH AFFIRMATIVE DEFENSE

The requested summons is not relevant to any legitimate purpose of Petitioner.

### SEVENTH AFFIRMATIVE DEFENSE

The information requested is just as readily available to the Petitioner as it is to the Respondent.

### EIGHT AFFIRMATIVE DEFENSE

The Petitioner has not followed the administrative steps established by federal law as a precedent to bring this action.

## ANSWER TO NUMBERED AVERMENTS

### 1.

The allegation is a mere recital of the law and does not require an admission or denial. To the extent there are factual allegations contained in the meaning of Petitioner's assertions, the Respondent is without sufficient information to admit or deny said allegation; therefore, the Respondent denies the same.

### 2.

The Respondent is without sufficient information to admit or deny said allegation; therefore, the Respondent denies the same.

### 3.

Respondent hereby admits this allegation.

### 4.

The Respondent is without sufficient information to admit or deny said allegation; therefore, the Respondent denies the same.

### 5.

Respondent hereby denies this allegation. However, Respondent is in the process of trying to obtain the requested information.

### 6.

Respondent hereby admits this allegation.

7.

Respondent hereby denies this allegation.  However, Respondent is in the process of trying to obtain the additional requested information.

8.

The Respondent is without sufficient information to admit or deny said allegation; therefore, the Respondent denies the same.

9.

Respondent hereby denies this allegation.

10.

Respondent hereby denies this allegation.

**FURTHER, RESPONDENT DENIES ANY AND ALL ALLEGATIONS CONTAINED IN PETITIONER'S PETITION THAT ARE NOT SPECIFICALLY ADDRESSED HEREIN.**

WHEREFORE, Respondent respectively pray for the following:

(a)     Respondent hereby demand a trial by jury in this civil action;

(b)     That the Court find in the Respondent favor on Petitioner's Petition;

(c)     That the Court award Respondent their attorney's fees and expenses of litigation;

(d)     That the Court award any and all other relief this Court deems just and proper.

Respectfully submitted this 27th day of August, 2010.

By: /s/ John T. Mroczko
John T. Mroczko
Georgia Bar No. 143053
Attorney for Respondent

WHITE, CHOATE , WATKINS & MROCZKO, LLC
100 West Cherokee Avenue
Cartersville, Georgia 30120
Telephone: (770) 382-9591
Facsimile: (770) 382-3833

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,   )
       )
Petitioner,       )
       )
v.       )   Case No. 1:10-mi-00150-GET/AJB
       )
DARRELL C. HAMBY,       )
       )
Respondent.       )

## CERTIFICATE OF COUNSEL

I hereby certify that this document is submitted in Times New Roman 14

point type as required by N.D. Ga. Local Rule 5.1(C).

Respectfully submitted this 27th day of August, 2010.

By: /s/ John T. Mroczko
John T. Mroczko
Georgia Bar No. 143053
Attorney for Respondent

WHITE, CHOATE, WATKINS & MROCZKO, LLC
100 West Cherokee Avenue
Cartersville, Georgia 30120
Telephone: (770) 382-9591
Facsimile: (770) 382-3833

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,   )
                          )
Petitioner,            )
                          )
v.                 )     Case No. 1:10-mi-00150-GET/AJB
                          )
DARRELL C. HAMBY,   )
                          )
Respondent.         )

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2010 I electronically filed

RESPONDENT'S RESPONSE TO PETITIONER'S PETITION by using the

CM/ECF System.  I further certify that I have mailed a copy of the same to

Petitioner, addressed as follows:

United States of America
Lisa D. Cooper
Assistant U.S. Attorney
600 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta, Georgia 30303

SO CERTIFIED this 27th day of August, 2010.

> By: /s/ John T. Mroczko
> John T. Mroczko
> Georgia Bar No. 143053
> Attorney for Respondent

WHITE, CHOATE, WATKINS & MROCZKO, LLC
100 West Cherokee Avenue
Cartersville, Georgia 30120
Telephone: (770) 382-9591
Facsimile: (770) 382-3833